UNITED STATES of America,
Plaintiff–Appellee,

v.

Alberto GONZALEZ, a.k.a. Huevo,
Defendant–Appellant.

No. 08–14802
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 10, 2009.

Alberto Gonzalez, Miami, FL, pro se.

Kathleen M. Salyer, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

Neal Gary Rosensweig, appointed counsel for Alberto Gonzalez in this direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gonzalez's conviction and sentence are **AFFIRMED.**